IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MAURICE JONES**                                                              **PLAINTIFF**

**v.**                                          **CIVIL ACTION NO.**   **1:22cv232 HSO-BWR**

**TWO MEN AND A TRUCK SPE LLC, INC.**                        **DEFENDANT**

**COMPLAINT**
**JURY TRIAL DEMANDED**

**COMES NOW** the Plaintiff, Maurice Jones, by and through counsel, Watson & Norris, PLLC, and files this action to recover damages for violations of his rights pursuant to Title VII, as amended, and 42 U.S.C.§1981, as amended, for race discrimination against the Defendant, Two Men and a Truck SPE LLC. In support of this cause, the Plaintiff would show unto the Court the following facts to-wit:

**THE PARTIES**

1. Plaintiff, Maurice Jones, is an adult African American male who resides in Harrison County, Mississippi.

2. Defendant, Two Men and a Truck SPE LLC, Inc., is a Delaware limited liability corporation licensed to do business in the State of Mississippi that may be served with process by serving its registered agent: Cogency Global Inc., 248 E. Capitol Street, Suite 840, Jackson, Mississippi 39201.

**JURISDICTION AND VENUE**

3. This Court has federal question jurisdiction over the claims asserted against the Defendant and venue is proper in this Court.

4. Plaintiff timely filed a Charge of Discrimination with the EEOC for race discrimination on July 29, 2022, a true and correct copy of which is attached as Exhibit

"A." Plaintiff received a Notice of Right to Sue issued by the EEOC on August 11, 2022, a true and correct copy of which is attached as Exhibit "B." Plaintiff timely files this cause of action within ninety (90) days of receipt of his Dismissal and Notice of Right to Sue.

## STATEMENT OF FACTS

5. Plaintiff is a 29-year-old black male resident of Harrison County, Mississippi.

6. Plaintiff was hired on June 1, 2022, as a Mover at Two Men and A Truck SPE LLC.

7. Plaintiff worked in a crew with Nathan Carter and Hunter Lord (white males) and was qualified for the position of Mover.

8. On June 30, 2022, co-worker Anthony Thompson informed Plaintiff that he (Mr. Jones) had been terminated for allegedly smoking marijuana in his work truck.

9. On July 1, 2022, Plaintiff went to the office and met with Owner Mike Sham.

10. Mr. Sham informed Plaintiff that he was terminated, allegedly because of a customer's complaint.

11. Mr. Sham alleged that a complaint was made by a customer that "the movers were smoking in the truck...".

12. Plaintiff contends he was not smoking marijuana or anything else while working at the customer's location.

13. Although Plaintiff was terminated by Defendant, allegedly due to this customer complaint, neither of his similarly situated white co-workers Mr. Carter nor Mr. Lord were terminated.

14. On July 29, 2022, Plaintiff filed an EEOC Charge of Discrimination asserting claims of race discrimination based on the facts identified above.

## CAUSES OF ACTION

### COUNT I:  RACE DISCRIMINATION – VIOLATION OF TITLE VII

15. Plaintiff re-alleges and incorporates all averments set forth in paragraphs 1 through 14 above as if fully incorporated herein.

16. Defendant has discriminated against Plaintiff because of his race based on the facts identified above which constitutes a violation of Title VII of the Civil Rights Act of 1964, as amended.

17. Plaintiff has suffered lost wages, benefits and other pecuniary losses as well as deep, humiliation, anxiety and emotional distress.

18. The unlawful actions of Defendant complaint of above were intentional, malicious, and taken in reckless disregard of the statutory rights of Plaintiff.

### COUNT II:  RACE DISCRIMINATION - VIOLATION OF 42 U.S.C. § 1981

19. Plaintiff re-alleges and incorporates all averments set forth in paragraphs 1 through 18 above as if fully incorporated herein.

20. Defendant has discriminated against Plaintiff because of his race based on the facts identified above which constitutes a violation of 42 U.S.C. § 1981, as amended.

21. Plaintiff has suffered lost wages, benefits and other pecuniary losses as

well as deep, humiliation, anxiety and emotional distress.

22.　　The unlawful actions of Defendant complaint of above were intentional, malicious, and taken in reckless disregard of the statutory rights of Plaintiff.

## PRAYER FOR RELIEF

**WHEREFORE PREMISES CONSIDERED,** Plaintiff respectfully prays that upon hearing of this matter by a jury, the Plaintiff be granted the following relief in an amount to be determined by the jury:

1. Back wages and reinstatement; or
2. Future wages in lieu of reinstatement;
3. Compensatory damages;
4. Punitive damages;
5. A tax gross up and all make whole relief;
6. Attorney's fees;
7. Lost benefits;
8. Pre-judgment and post-judgment interest;
9. Costs and expenses; and
10. Such further relief as is deemed just and proper.

THIS the 1st day of September 2022.

        Respectfully submitted,

        MAURICE JONES, Plaintiff

By: /s/Louis H. Watson, Jr.
    Louis H. Watson, Jr.  (MB# 9053)
    Nick Norris (MB# 101574)
    Attorneys for Plaintiff

OF COUNSEL:

WATSON & NORRIS, PLLC
4209 Lakeland Drive # 365
Flowood, Mississippi 39232-9212
Telephone: (601) 968-0000
Facsimile: (601) 968-0010
Email: louis@watsonnorris.com
Web:  www.watsonnorris.com